**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| GLEN DEATHROW, BARBARA KATTELL, MADELINE DIMODICA, on behalf of themselves and all others similarly situated | PLAINTIFFS |
| v.    No. 4:08CV04149 JLH | |
| RICHARD S. FULD, JR., *et al*. | DEFENDANTS |

**<u>ORDER</u>**

The defendants have filed a motion to stay the proceedings pending determination by the judicial panel on multidistrict litigation of the proper venue for this action. They have also filed a motion for extension of time in which to answer or otherwise respond to the complaint in which they request an extension of time until thirty days after the Court has decided the defendants' motion for a stay. Some of the defendants have not yet been served. Others, who have joined in the motion, have an answer or response due on December 2, 2008. The motion for extension of time recites that the plaintiffs have consented only to an extension of time of seven business days within which the defendants should answer or otherwise respond to the complaint. Finally, the defendants have filed a motion to shorten the time for plaintiffs to respond to the motion for extension of time.

The motion to shorten the time is granted. Plaintiffs must respond to the motion for extension of time within which to file an answer or otherwise respond to the complaint on or before December 2, 2008. For those defendants whose answer is due between now and December 11, 2008, the due date will be extended so that they must answer or otherwise respond on or before December 11, 2008, unless the Court enters an order before that date granting a further extension.

IT IS SO ORDERED this 26th day of November, 2008.

                                                                               _____
                                                                               J. LEON HOLMES
                                                                               UNITED STATES DISTRICT JUDGE