**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

GLEN DEATHROW, BARBARA KATTELL,                                    PLAINTIFFS
MADELINE DIMODICA, on behalf of themselves
and all others similarly situated

v.                                          No. 4:08CV04149 JLH

RICHARD S. FULD, JR., *et al*.                                     DEFENDANTS

**ORDER**

The application to appear *pro hac vice* by Mitchell A. Lowenthal, Breon S. Peace, and Victor L. Hou is GRANTED. Document #41. Mr. Lowenthal, Mr. Peace, and Mr. Hou are hereby admitted to appear before this Court *pro hac vice* as co-counsel with H. William Allen for defendants A.G. Edwards & Sons, Inc., Charles Schwab & Co Inc., Citigroup Global Markets Inc., Fidelity Capital Markets Services, Morgan Stanley & Co. Incorporated, Raymond James & Associates, Inc., UBS Securities LLC, and Wachovia Capital Markets, LLC.

IT IS SO ORDERED this 15th day of December, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE